# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| MATTHEW BROWN, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 1:20-CV-261 (LAG) |
| OUTDOOR NETWORK CALL CENTER, LLC, | : |
| Defendant. | : |

## ORDER

The Court has been advised that the Parties have agreed to settle this case. (*See* Doc. 18). The Court hereby **DIRECTS** the Clerk of Court to administratively close the case to allow the Parties to finalize the settlement agreement at issue. The Parties are **ORDERED** to either dismiss or move to reopen this case no later than **sixty (60) days** of the date of this Order.

**SO ORDERED**, this 1st day of February, 2022.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, JUDGE**
**UNITED STATES DISTRICT COURT**